Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STACY SCOTT-MCKINNEY, M.D.

Plaintiff(s)

Civil Action No. 19-cv-2980-TNM

V.

CHILDREN'S NATIONAL MEDICAL CENTER

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable Trevor N. McFadden , Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):
STACY SCOTT-MCKINNEY, M.D.

have and recover of and from the defendant(s):
CHILDREN'S NATIONAL MEDICAL CENTER

the sum of $200,000.00

together with costs.

ANGELA D. CAESAR, Clerk

Dated: 3/14/2022      By: _/s/ Hilda M. Charles_
                           Deputy Clerk