UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STACY SCOTT-MCKINNEY, M.D.**, <br><br> Plaintiff, <br><br> v. <br><br> **CHILDREN'S NATIONAL MEDICAL CENTER/CHILDREN'S NATIONAL HEALTH SYSTEM**, <br><br> Defendant. | Case No. 1:19-cv-02980 (TNM) |

**ORDER**

Upon consideration of the evidence, the relevant law, and the parties' briefing—and for the reasons stated in the accompanying Memorandum Opinion—the Court will grant in part and deny in part the Plaintiff's [106] Motion for Injunctive Relief.

Plaintiff Stacy Scott-McKinney's requests for economic damages in the form of front- and back-pay are hereby DENIED.

The request for injunctive relief is hereby GRANTED in part. Defendant Children's National Medical Center shall provide Plaintiff a scribe so long as she works at the Hospital performing substantially the same duties. The Court denies any broader, company-wide relief.

SO ORDERED.

The Clerk of Court is requested to close this case.

Dated: July 5, 2022                                                  TREVOR N. McFADDEN, U.S.D.J.