# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACY SCOTT-MCKINNEY, M.D.,<br><br>*Plaintiff*,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER/CHILDREN'S NATIONAL HEALTH SYSTEM,<br><br>*Defendant*. | Case No. 1:19-cv-02980 |

## NOTICE OF APPEAL

Plaintiff Stacy Scott-McKinney, by and through counsel, respectfully gives Notice that Plaintiff appeals to the United States Court of Appeals for the District of Columbia Circuit the final judgment of the United States District Court for the District of Columbia entered in this action on July 5, 2022 (ECF #109 and Memorandum at ECF #108), in favor of Defendant Children's National Medical Center and against Plaintiff ("Judgment") and from any and all adverse rulings, decisions and/or opinions incorporated in, merged into, antecedent to, or ancillary to the Judgment.

Date: August 3, 2022                                    Respectfully submitted,

**KALBIAN HAGERTY, LLP**

By  *Eric L. Siegel*
Eric L. Siegel
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
Tel: (202) 419-3296
Fax: (202) 223-6625
esiegel@kalbianhagerty.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed through the ECF system, and will be served to the registered participants identified on the Notice of Electronic Filing on the 3rd day of August, 2022.

                                      */s/ Eric L. Siegel*
                                      Eric L. Siegel